

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 8, 2025

**By ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl St., New York, NY 10007

Request granted.  Control date is vacated.  So ordered.

_____
Robert W. Lehrburger, USMJ
August 8, 2025

Re:   *United States v. John Garcia*, 25 Mag. 2408

Dear Judge Lehrburger:

The Government respectfully writes to provide the Court with an update in this matter.  On August 5, 2025, the defendant was presented before this Court on both the Complaint filed in this case and the VOSR report filed in the defendant's related case (19 Cr. 593 (KMW)), and ordered detained.  (25 Mag. 2408 Dkt. 4.)  Because as of the time of the presentment no conference had been scheduled before Judge Wood, the Court set a conference control date of August 19, 2025.

A conference on the VOSR report has now been scheduled before Judge Wood for September 24, 2025, at 11:00 p.m.  (19 Cr. 593 Dkt. 51.)  The Government therefore requests that the August 19, 2025 conference control date be vacated.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Kevin Grossinger
Assistant United States Attorney
Southern District of New York
kevin.grossinger@usdoj.gov
(212) 637-2426

cc:  Defense Counsel (by ECF)