UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN GARCIA,

Defendant.

INDICTMENT

25 Cr.

25 CRIM 375

## COUNT ONE
(Assaulting an Employee of the United States)

The Grand Jury charges:

1. On or about July 16, 2025 in the Southern District of New York and elsewhere, JOHN GARCIA, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, used a deadly and dangerous weapon and inflicted bodily injury, to wit, in the vicinity of 1225 Sherman Avenue in the Bronx, New York, GARCIA attacked a United States Postal Service mail carrier ("Victim-1") with a sharp object, causing Victim-1 to suffer lacerations to his head and ear, resulting in the need for Victim-1 to receive medical attention, including stitches.

(Title 18, United States Code, Sections 111(a)(1) and (b).)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney