```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

John Garcia

                Defendant(s).

25-CR-00375 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Arraignment and Initial Pretrial Conference in this matter is scheduled for September 4, 2025, at 12:00 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: August 19, 2025
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge