USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/5/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                        Plaintiff(s),

       -against-

John Garcia

                        Defendant(s).

25-CR-00375 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Arraignment and Initial Pretrial Conference in this matter is rescheduled for September 17, 2025, at 10:30 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: September 5, 2025
         New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge