

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 1, 2026

GRANTED. The status conference is hereby adjourned to June 5, 2026, at 11:00 a.m. Speedy trial time is excluded until June 5, 2026, to allow for the continued discussions about a potential disposition of this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 23. SO ORDERED.

Dated: May 1, 2026

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. John Garcia*, 19 Cr. 593 (MMG) and 25 Cr. 375 (MMG)

Dear Judge Garnett:

The Government writes with the consent of the defendant in advance of the conference currently scheduled for May 5, 2026 (Dkt. 22) to respectfully request that the conference be adjourned by 30 days to a date convenient for the Court. The parties are continuing to discuss a potential resolution of these related matters.

In order to allow the parties to continue to engage in such discussions, the Government requests exclusion of time until the to-be-scheduled status conference pursuant to the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Kevin Grossinger
Assistant United States Attorney
(212) 637-2426

cc:    Defense Counsel (by ECF)